Herman Silberzweig, Respondent, v. The Liverpool and London and Globe Insurance Company. Appellant.—Judgment and order affirmed, with costs. No opinion.

Georges Berger, Respondent, v. Henry Herrmann, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Frank Idone, Appellant.— Judgment affirmed. No opinion.

Le Compte Manufacturing Company, Appellant, v. William J. Aschenbach's Sons Harness Company, Respondent.—Judgment affirmed, with costs. No opinion. (Clarke, J., dissented.)

Max Willner, Appellant, v. Mink Restaurant Company, Respondent.— Determination affirmed, with costs. No opinion.

Guillaume Reusens, Appellant, Respondent, v. Oliver M. Arkenburgh, Respondent, Appellant.— Judgment affirmed, without costs, on the authority of *Reusens* v. *Arkenburgh* (135 App. Div. 75).

Max Karpf, Respondent, v. Louis Borgenicht and Hyman Sharff, Appellants. — Determination affirmed, with costs. No opinion.

Jennie M. Stephens, Appellant, v. William Bayard Cutting, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edith Lauterbach McDavitt and Others, Respondents, v. Amanda F. Lauterbach, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George E. Thomson and Others, as Surviving Partners of the Firm of John Wallace & Company, Appellants, v. Charles W. Morse, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., for the Widening of Riverside Drive on the Easterly Side, from West One Hundred and Fifty-eighth Street to West One Hundred and Sixty-fifth Street, in the Twelfth Ward, Borough of Manhattan, City of New York. Arthur D. Truax and Others, as Commissioners of Estimate and Assessment, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of William H. Ten Eyck, Appellant, for a Writ of Certiorari against William J. Gaynor, Mayor of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Green* v. *Van Wyck* (159 N. Y. 509). (Laughlin, J., dissented.)

Pittsburgh Life and Trust Company, Respondent, v. Emory F. Dodson and Others, Impleaded with Frederick Hulse and Others, Appellants. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Pittsburgh Life and Trust Company, Respondent, v. Emory F. Dodson, Impleaded with Frederick Hulse and Others, Appellants. (No. 2.)—Order affirmed, with ten dollars costs and disbursements. No opinion.

Parsell & Weed, Appellant, v. Baldwin Calculating Machine Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Welch Motor Car Company of New York, Appellant, v. P. Brady & Son Com-